```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 27906
   ALLAN F JANIK
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0898


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/14/2005 and was confirmed 08/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.20% from remaining funds.

     The case was paid in full 08/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
DIRECT LOANS BANKRUPTCY    UNSECURED      3247.25         .00          558.56
MARSHALL FIELDS            UNSECURED      3079.85         .00          529.76
MASTERCARD                 UNSECURED     NOT FILED        .00             .00
JUNIPER BANK               UNSECURED     10012.38         .00         1722.23
MARSHALL FIELDS            UNSECURED       469.78         .00           80.81
RESURGENT ACQUISITION LL   UNSECURED     12969.23         .00         2230.84
LEGAL HELPERS PC           DEBTOR ATTY   1,950.00                    1,950.00
TOM VAUGHN                 TRUSTEE                                     451.80
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   7,524.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       5,122.20
ADMINISTRATIVE                                  1,950.00
TRUSTEE COMPENSATION                              451.80
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                    7,524.00              7,524.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27906 ALLAN F JANIK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```